Omid E. Khalifeh, SBN 267340
Ariana Santoro, SBN 300767
Louise Jillian Paris, SBN 347801
**OMNI LEGAL GROUP**
10880 Wilshire Blvd. Ste. 1860
Los Angeles, CA 90024
Phone:        310.276.6664
Facsimile:   310.305.1550
omid@omnilg.com
ariana@omnilg.com
jillian@omnilg.com

Attorneys for Plaintiff

## UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FLOWZ DIGITAL LLC, a Delaware Limited Liability Company; and<br><br>Plaintiff,<br><br>vs.<br><br>CAROLINE DALAL, an individual; and FLOWZ STAFFING LLC, a California Limited Liability Company; and DOES 1 through 20 inclusive;<br><br>Defendants. | Case No.: 2:25-cv-709<br><br>**DECLARATION OF OMID E. KHALIFEH REGARDING USE OF ARTIFICIAL INTELLIGENCE IN OPPOSITION TO MOTION TO DISMISS** |

I, Omid E. Khalifeh, declare as follows:

1. I am counsel of record for Plaintiff Flowz Digital LLC in the above-captioned action. I make this declaration pursuant to Section F.2 of the Court's Civil Standing Order and in response to the Court's Minute Order dated April 25, 2025, which requires disclosure of any use of generative artificial intelligence in the preparation of briefs or filings submitted to the Court.

2. A portion of the initial draft of Plaintiff's opposition to Defendants' Motion to Dismiss was prepared with the assistance of Lexis+ AI, a legal research tool developed by LexisNexis. The draft was developed collaboratively by me and my associate, Louise Jillian Paris, during the early stages of drafting. Lexis+ AI was used to assist in identifying potentially relevant legal authorities and organizing the legal structure of the arguments presented.

3. In addition to the use of Lexis+ AI, our team also consulted prior oppositions to motions to dismiss filed in unrelated matters before the United States District Court for the Central District of California. These filings contained case law and argument structures that were adapted in part for use in the present opposition. I had previously reviewed and verified the cited authorities at the time of their original use and determined that their continued use in this filing remained appropriate.

4. Following drafting, I reviewed, revised, and supplemented all portions of the brief, including those that were informed by the use of Lexis+ AI or based on prior templates. I independently verified the factual and legal accuracy of the content and confirmed that all arguments and authorities were appropriate to the issues presented.

5. I certify that the opposition brief, including all portions informed by artificial intelligence, complies with my obligations under Rule 11 of the Federal Rules of Civil Procedure.

6. I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 1st day of May, 2025, in Los Angeles, California.

/s/ Omid E. Khalifeh
Omid E. Khalifeh