Omid E. Khalifeh, SBN 267340
Ariana Santoro, SBN 300767
Louise Jillian Paris, SBN 347801
**OMNI LEGAL GROUP**
10880 Wilshire Blvd. Ste. 1860
Los Angeles, CA 90024
Phone:        310.276.6664
Facsimile:   310.305.1550
omid@omnilg.com
ariana@omnilg.com
jillian@omnilg.com

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FLOWZ DIGITAL LLC, a Delaware Limited Liability Company; and<br><br>Plaintiff,<br><br>vs.<br><br>CAROLINE DALAL, an individual; and FLOWZ STAFFING LLC, a California Limited Liability Company; and DOES 1 through 20 inclusive;<br><br>Defendants. | Case No.: 2:25-cv-709<br><br>**JOINT STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE** |

# STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff Flowz Digital LLC and Defendants Caroline Dalal and Flowz Staffing LLC, by and through their respective counsel of record, hereby stipulate and agree as follows:

The Parties have resolved this matter pursuant to a settlement agreement that fully disposes of all claims and defenses. In accordance with that agreement and Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Parties stipulate that the above-captioned action, including all claims asserted therein, shall be dismissed with prejudice. Each Party shall bear its own attorneys' fees, costs, and expenses.

RESPECTFULLY SUBMITTED this 15th day of September, 2025.

**OMNI LEGAL GROUP**

/s/*Omid E. Khalifeh*
Omid E. Khalifeh
Ariana Santoro
Louise Jillian Paris
Attorneys for Plaintiff,
Flowz Digital LLC

**KIBRE NEMAN LLP**

/s/ *Mirit Neman*
Mirit Neman
Attorney for Defendants
Caroline Dalal and Flowz Staffing, LLC